UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LISA WUERTH,**

    **Plaintiff,**

v.                                                   Case No: 8:06-cv-1353-T-30TBM

**JO ANNE B. BARNHART,**
**Commissioner of the United States**
**Social Security Administration,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court *sua sponte*. A review of the court docket reveals that summonses were issued as to the Office of the Regional Chief Counsel for the United States Social Security Administration, the civil process clerk at the Tampa office of the United States Attorney, and the Attorney General of the United States on August 25, 2006. See (Doc. 6). The United States Marshal was directed to serve the summonses. See (Doc. 5). While process was served on the United States Social Security Administration and the Attorney General on August 31, 2006, see (Docs. 7-8), it has not been served on the civil process clerk at the Tampa office of the United States Attorney.

Accordingly, the court's November 7, 2006, Order (Doc. 9) directing the Commissioner to show cause is hereby **VACATED**. The United States Marshal is directed to

serve the summons on the civil process clerk at the Tampa office of the United States Attorney within <u>ten (10) days</u> from the date of this Order.

**Done and Ordered** at Tampa, Florida this 7th day of December 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Marshal